### BATE REFRIGERATING CO. v. SULZBERGER et al.

(Circuit Court, S. D. New York. June 7, 1893.)

PATENTS—TERM—EXPIRATION OF FOREIGN PATENT.

Under Rev. St. § 4887, a United States patent expires with a foreign patent granted for the same invention prior to the date of the United States patent, but subsequent to the application therefor. Refrigerating Co. v. Gillett, 13 Fed. Rep. 553, followed.

In Equity. Bill by the Bate Refrigerating Company against Frederick Sulzberger and others for infringement of a patent. Judgment for defendants on their pleas.

Paul H. Bate, for complainant.
Miller, Peckham & Dixon, for defendants.

TOWNSEND, District Judge. This is a bill in equity for the alleged infringement of letters patent No. 197,314, issued to John

J. Bate November 20, 1877, for an improvement in processes for preserving meats. The question raised by the pleas is whether, under section 4887 of the Revised Statutes, a United States patent expires with the date of a foreign patent, granted prior to the date of the United States patent, but subsequent to the application therefor. When this case came up for a hearing in this circuit, the suggestion was made by counsel that, as the precise question herein had been decided in favor of the defendants in other circuits, the case should be submitted on briefs, with the understanding that the court, in conformity with the rule of comity in such cases, would follow said precedents. The following cases involving this question have been decided in favor of the defendants: Refrigerating Co. v. Gillett, 13 Fed. Rep. 553, 31 Fed. Rep. 809; Same v. Hammond, 35 Fed. Rep. 151; Huber v. Manufacturing Co., 38 Fed. Rep. 831; Pohl v. Brewing Co., 39 Fed. Rep. 783. In accordance, therefore, with said practice, I direct that judgment on the pleas be entered for the defendants.